| |
|---|
| **Holder v Watson** |
| 2025 NY Slip Op 31615(U) |
| May 2, 2025 |
| Supreme Court, New York County |
| Docket Number: Index No. 153977/2024 |
| Judge: Ashlee Crawford |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

This decision has been published at
2025 NY Slip Op 50726(U).